IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                              Plaintiff,         Civil Action No.
                                                                       1:18-CV- 265[GLS/ATB]

v.

SCOTT VALENTE,                                         Criminal Action No.
                                                                         1:15-CR-124
                                              Defendant,

and

ZOCDOC, INC.,

                                              Garnishee.

---

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America makes application pursuant to 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court for the Northern District of New York to issue a Writ of Continuing Garnishment upon the Amended Judgment entered against the above-named defendant, Scott Valente, Social Security Number: XXX-XX-6808, who is currently incarcerated at FCI Fort Dix, Reg. No. 21860-052, PO Box 2000, Joint Base MDL, NJ 08640, in the above-cited action in the amount of $8,616,113.39. To date, a balance of $7,747,405.13 remains outstanding.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from the date of judgment, but debtor has failed to satisfy this debt.

The Garnishee is believed to owe or will owe money or property to the defendant, as owner and manager of The ELIV Group LLC, or is in possession of property, *specifically, but not limited to:* NYPA Fund I LLC Series S-1(A) in the name of The ELIV Group LLC, in which this judgment debtor has a substantial non-exempt interest.

The name and address of the Garnishee or its authorized agent is:

    ZOCDOC, INC.
    ATTN: LEGAL DEPARTMENT
    568 BROADWAY, 9TH FLOOR
    NEW YORK, NY 10012

The United States is also entitled to a surcharge of ten percent of the amount of the debt under provisions of 28 U.S.C. § 3011 in connection with the litigation of this post-judgment remedy.

Dated: March 1, 2018

                                            GRANT C. JAQUITH
                                            UNITED STATES ATTORNEY

                              By:    *s/Mary E. Langan*
                                        Mary E. Langan
                                        Assistant U.S. Attorney

IT IS SO ORDERED:

*[signature: Andrew T. Baxter]*

Andrew T. Baxter
U.S. Magistrate Judge

Dated:  March 5, 2018
        Syracuse, NY